Priority　✓
Send
Enter　✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM BRYANT, | ) CASE NO. CV 03-9424-RGK (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. CORTEZ, et al, | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: JAN 22 2008 _____.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\BRYANT, W 9424\Order accep r&r.wpd