Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRYANT,<br><br>            Plaintiff,<br><br>       v.<br><br>R. CORTEZ, et al.,<br><br>            Defendants. | Case No. CV 03-9424-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Defendants' summary judgment motion is granted and the case is dismissed with prejudice.

DATED: JAN 22 2008  _____.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\BRYANT, W 9424\Judgment.wpd